UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY S. WOLFORD,

               Plaintiff,

    v.

CARRIE ANN WOLFORD; and
WESTERN CONFERENCE OF
TEAMSTERS PENSION TRUST,

               Defendants.

C17-1673 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     This matter was removed by defendant Western Conference of Teamsters Pension Trust (the "Trust") from King County Superior Court on November 7, 2017. At the time, plaintiff was represented by Gary E. Randall. Mr. Randall was not, however, authorized to practice law in the State of Washington or before this Court. *See* *In re Gary Evan Randall*, W.D. Wash. Case No. 17-rd-28-WTM. Plaintiff is hereby ADVISED that, if he wishes to be represented by counsel, he must arrange for an attorney who is admitted to the Bar of this District to file a Notice of Appearance by **December 29, 2017**. If no Notice of Appearance is timely filed, plaintiff will be deemed to be proceeding pro se. Plaintiff is further ADVISED that, if he proceeds pro se, he will be expected to comply with the rules and orders of this Court and will be held to the same standards as lawyers authorized to practice before this Court. In addition, he will have an obligation to keep the Court apprised of his contact information and to provide the Court with any changes of address.

(2)     The Trust's motion to dismiss, docket no. 9, is RENOTED to February 2, 2018. If substitute counsel appears on behalf of plaintiff, the Trust shall immediately serve copies of its motion and supporting papers on such attorney. If no lawyer timely appears for plaintiff, the Trust shall serve copies of its motion and supporting papers on

1  plaintiff; such service shall be effected on or after January 2, 2018, and before January
   11, 2018.  Any response to the Trust's motion to dismiss is due by **January 29, 2018**.
2  Any reply shall be filed by the new noting date.

3          (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of
   record, to plaintiff Gary Wolford at 10212 319th Ave NE, Carnation, Washington 98014,
4  to defendant pro se Carrie Ann Wolford at 12700 NE 8th St #D208, Bellevue, WA
   98005, and to Gary E. Randall at 17311 135th Ave NE, Suite B800C, Woodinville, WA
5  98072.  If Mr. Randall has a different, current address for Mr. Wolford, he shall mail a
   copy of this Minute Order to Mr. Wolford at such address, and file proof of such service
6  with the Court within seven (7) days of the date of this Minute Order.

7          Dated this 28th day of November, 2017.

8                                              William M. McCool
                                               Clerk
9
                                               s/Karen Dews
10                                             Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2